UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-30-FJL

**UNITED STATES OF AMERICA**
    Plaintiff,
v.

**DAVID ROBERT SUTTON**
    Defendant,
_____/

FILED by \_\_\_\_ D.C.
MAR 1 1 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON INITIAL APPEARANCE

AUSA   Ted Cooperstein                    Language: **ENGLISH**
Agent   James Burroughs, ATF              DAR: 09.32.06

The above-named defendant having been arrested and appeared before this court for an initial appearance on March 11, 2015 and proceedings having been held in accordance with **F.R.C.P. 5(c)(3) or 40(a)**, it is thereupon

**ORDERED** as follows:

1. \_\_\_\_\_No One\_\_\_\_\_ appeared as <u>permanent</u> counsel of record.
   Address:_____
   Zip Code:_____ Telephone:_____

2. _____ appointed as permanent counsel of record.
   Address:_____
   Zip Code:\_\_\_\_\_ Telephone:_____

3. The defendant shall attempt to retain counsel and shall appear before the court at 9:30 A.M. on Fri., March 13, 2015.

4. <u>Preliminary Hearing/Arraignment set for Fri., 3/20/15 at 9:30 a.m. before Judge Lynch in Fort Pierce, FL.</u>

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because **Risk of flight**.
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f) <u>set 3/13/15 @9:30 a.m. before Judge Lynch.</u>

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   **Court orders Defendant temporary detained**

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
\_\_\_ a. Surrender all passports and travel document to the Pretrial Services Office.
\_\_\_ b. Report to Pretrial Services as follows:\_\_\_times a week by phone, \_\_\_time a week in person; other: as directed by Pretrial Services

___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set:     At Arrest _____
                       On Warrant __XXX__
                       After Hearing_____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____
_____

___ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Pierce, Florida this 11th day of March, 2015.

_____
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney (FTP)
   Defendant
   Defendant's counsel
   U.S. Marshal Service
   U.S. Probation/U.S. Pretrial Services