# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 15-30-FJL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID R. SUTTON,

    Defendant.

_____/



FILED by ___ D.C.

MAR 12 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON UNOPPOSED MOTION TO CONTINUE DETENTION HEARING [D.E. #6]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion, noting that counsel for the Defendant states that he has conferred with the Defendant who consents to the continuance of the Detention Hearing, and this Court being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** that the motion is **GRANTED** and the Detention Hearing in this matter presently scheduled for March 13, 2015 is hereby **RE-SET for TUESDAY, MARCH 17, 2015, at 9:30 a.m.**, at the United States Courthouse, Courtroom 4074, 101 South U.S. Highway 1, Fort Pierce, Florida, before the undersigned United States Magistrate Judge.

**DONE AND ORDERED** this _____ day of March, 2015, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
AUSA Theodore M. Cooperstein
James L. Eisenberg, Esq.
Pretrial Services
U. S. Marshal