AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED by _____ D.C.

MAR 16 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DAVID ROBERT SUTTON | ) | Case No.   15- 30-FJL |
| | ) | |
| Defendant. | ) | |

## ARREST WARRANT

To:        Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DAVID ROBERT SUTTON

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Receipt/possession of an unregistered automatic firearm;
Receipt/possession of an automatic firearm that has been imported into the U.S.
in violation of 26 U.S.C § 5844

Title 26, U.S.C. §§ 5861(d) and 5861(k)

Date: 3/11/15

City and state:        Fort Pierce, Florida

*Issuing officer's signature*

Frank J. Lynch, Jr., United States Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3-11-15 , and the person was arrested on *(date)* 3-10-15 at *(city and state)* Stuart, FL by ATF .<br><br>Date: 3-12-15        *Arresting officer's signature*<br><br>Scott Troy Dush  For James Burroughs ATF<br>*Printed name and title* |

9754003                         1504 0312 2067 -J