FILED by _____ D.C.

MAR 1 6 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

United States of America            Case # __15-30- FJL__

Vs

_DAVID R. SUTTON_            Prisoner # __07520-104__

**********************************************************************

To:    Clerk's Office, United States District Court: (Circle One)

MIAMI        FORT LAUDERDALE        WEST PALM BEACH        (FORT PIERCE)

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
**********************************************************************

All Items are to be completed. Information not applicable or unknown to be indicated by "N/A"

1).   Date and Time of Arrest __03/10/2015__

2).   Language(s) spoken __ENGLISH__

3).   Offenses(s) charged __26 USC 5861__

4).   U.S. Citizen __YES__

5).   Date of Birth __/ 1959__

6).   Type of charging document: (Check one)

☐ Indictment        ☒ Complaint to be filed/already filed

☐ Bench Warrant for failure to Appear

☐ Probation Violation Warrant

☐ Parole Violation Warrant

☐ Pretrial Services Warrant

Case # _____

Originating District _____

Copy of Warrant left with booking Officer:  ☐ YES    ☒ NO

7).   Amount of Bond _____ Who set Bond _____

8).   Arresting Agent __James Burroughs__  Date __3/10/15__

9).   Agency __ATF__        Phone __772.332.7773__

10).   Remarks: _____