UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

MAR 17 2015

STEVEN M. LARIMORE
CLERK U.S. DIST CT.
S.D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA,

CASE NO.   15-mj-00030-FJL

v.

DAVID R. SUTTON,

   Defendant.
_____/

(Amended)

### NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

COMES NOW, JAMES L. EISENBERG, and files this appearance as counsel for the above named Defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the Defendant of the right to appeal, to file a timely notice of appeal if requested to do so by the Defendant, ~~and to pursue that appeal unless relieved by Court Order~~   *JE*

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

Dated:  3/12/15

/S/   JAMES L. EISENBERG
JAMES L. EISENBERG (Florida Bar No. 216615)
E-mail Address:  bigjimlaw@aol.com
EISENBERG & FOUTS, P.A.
250 Australian Avenue South, Suite 704
West Palm Beach, FL 33401
561/659-2009
Facsimile: 561/659-2380
Attorney for Defendant DAVID R. SUTTON