UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **15-14021-CR-ROSENBERG/LYNCH**
26 U.S.C. § 5861(d), (j), (k)
26 U.S.C. § 5871
26 U.S.C. § 5872

UNITED STATES OF AMERICA,

vs.

DAVID ROBERT SUTTON,

Defendant.
_____/

FILED by _____ D.C.
MAR 19 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about November 3, 2014, in Martin County, in the Southern District of Florida, and elsewhere, the Defendant,

**DAVID ROBERT SUTTON,**

did knowingly transport, deliver, receive, and cause to be transported and delivered, in foreign and interstate commerce, firearms as defined under Title 26, United States Code, Sections 5845(a)(6) and 5845(b), not registered in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(j) and 5871, and Title 18, United States Code, Section 2.

It is further alleged that the firearms were:

a.  Three (3) lower receivers for M-16 machine guns.

## COUNT TWO

On or about March 10, 2015, in Martin County, in the Southern District of Florida, and elsewhere, the Defendant,

**DAVID ROBERT SUTTON,**

did knowingly receive and possess, in foreign and interstate commerce, firearms as defined under Title 26, United States Code, Sections 5845(a)(6) and 5845(b), not registered to the Defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d) and 5871, and Title 18, United States Code, Section 2.

It is further alleged that the firearms were:

a. Three (3) lower receivers for M-16 machine guns.

## COUNT THREE

On or about March 10, 2015, in Martin County, in the Southern District of Florida, and elsewhere, the Defendant,

**DAVID ROBERT SUTTON,**

did knowingly possess and receive, in foreign and interstate commerce, firearms as defined under Title 26, United States Code, Sections 5845(a)(6) and 5845(b), which had been imported and brought into the United States in violation of Title 26, United States Code, Section 5844.

In violation of Title 26, United States Code, Sections 5861(k) and 5871, and Title 18, United States Code, Section 2.

It is further alleged that the firearms were:

a. Three (3) lower receivers for M-16 machine guns.

## CRIMINAL FORFEITURE

Upon conviction of any of the violations alleged in Counts 1, 2, or 3 of this indictment, the defendant DAVID ROBERT SUTTON shall forfeit to the United States any firearm involved in said violation, including, but not limited to, the following:

a. Three (3) lower receivers for M-16 machine guns.

Pursuant to Title 28, United States Code, Section 2461; Title 26, United States Code, Section 5872; and the procedures outlined at Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
THEODORE M. COOPERSTEIN
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DAVID ROBERT SUTTON,

_____ Defendant. /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

Indictment Case Information:

**Court Division**: (Select One)

___ Miami      ___ Key West
___ FTL        ___ WPB     _X_ FTP

New Defendant(s)            Yes ___   No ___
Number of New Defendants
Total number of counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _____
   List language and/or dialect _____

4. This case will take ___2___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days      _x_                 Petty      ___
   II   6 to 10 days     ___                 Minor      ___
   III  11 to 20 days    ___                 Misdem.    ___
   IV   21 to 60 days    ___                 Felony     _x_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __no__

   If yes:
   Judge: _____            Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) _yes_
   If yes:
   Magistrate Case No.              15-30-FJL
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   March 10, 2015
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)    **NO**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes   _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes   _x_ No

                                        _____
                                        THEODORE M. COOPERSTEIN
                                        ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. _____

Defendant's Name:   DAVID ROBERT SUTTON

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1-3 | Transport and delivery/receipt and possession/ in foreign and interstate commerce of an unregistered firearm, imported in violation of 26 U.S.C. § 5844 | 26:5861(d), (j), (k)<br>26:5871<br>18:2 | 10 years<br>$10,000 fine<br>SR:  3 years<br>$100 Special Assessment |
|  | Criminal forfeiture | 28:2641<br>26:5872 |  |