UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.     15-CR-14021-RLR

v.

DAVID R. SUTTON,

    Defendant.
_____/

**MOTION TO MODIFY CONDITIONS OF BOND**

COMES NOW the Defendant, DAVID R. SUTTON, by and through undersigned counsel, and moves this Court to modify the conditions of his release. In support of this motion, the following is presented:

1. The Defendant, DAVID R. SUTTON, is charged by Indictment with Count One, receipt/possession of an unregistered automatic firearm and Count Two, receipt/possession of an automatic firearm that has been imported into the United States, all in violation of Title 26, U.S. Code, Sections 5861(d) and 5861(k).

2. This Court previously released SUTTON from custody after SUTTON posted a ten-percent (10%), Fifty-Thousand Dollar ($50,000.00) bond. There are no problems with SUTTON's release and reporting requirements to Pre-Trial Services.

3. Conditions of the bond include a travel restriction to the Southern District of Florida and the District of Wisconsin where SUTTON resides. In addition, a bond condition prohibits SUTTON from using or being on a boat or vessel. SUTTON was arrested on a large vessel he and his fiancé lived on while vacationing in Florida.

4. SUTTON seeks to modify the travel restriction condition of release to allow him to travel

1

for work purposes to Edwards Air Force Base in California from May 1, 2015 through May 31, 2015. Edwards Air Force Base is near Los Angeles, California.

5. SUTTON has a contract with the U.S. Air Force to give personal instruction to military test pilots in training. SUTTON's service is unique. SUTTON provides instruction on 1960's era Soviet MIG aircraft which SUTTON owns. SUTTON trains test pilot trainees to prepare for high speed adverse flight situations in older aircraft. SUTTON has been providing these services for the United States Air Force and United States Navy for fifteen (15) years. While working at Edwards Air Force Base SUTTON will be living on the base.

6. SUTTON also seeks permission to work on small lake diving boats on Lakes Michigan, Huron and Superior and to travel to the state of Michigan solely for work purposes.

7. SUTTON and his fiancé have been operating a lake diving business called Shipwreck Explorers, LLC, in Wisconsin for over three (3) years. The business takes customers on day trips to view lake shipwrecks. The business operates on Lakes Michigan, Huron and Superior. On occasion the dive trips leave from Michigan. The boats are open fisherman type dive boats. SUTTON is essential to the running of the boats and the overall business.

Shipwreck Explorers, LLC also uses sonar equipment to seek , view and survey underwater shipwreck locations both for recreational divers and for surveying purposes for engineering companies.

8. None of Shipwreck Explorers' boats have any ocean access nor are they equipped for more than day trips.

9. SUTTON will report his travel to Pre-Trial Services and gain their approval prior to any travel and immediately upon return from any travel.

10. As of the filing of this motion, counsel has been unable to make contact with Assistant U.S. Attorney Theodore Cooperstein to specifically discuss this motion. In prior conversations Mr. Cooperstein has indicated that he may not object to the granting SUTTON permission to travel for work purposes to Edwards Air Force Base in California. The Shipwreck Explorers business has not been specifically discussed with Mr. Cooperstein.

WHEREFORE, the Defendant, DAVID SUTTON, respectfully requests this Court grant this motion to modify the conditions of his bond.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

Respectfully submitted,

/S/   JAMES L. EISENBERG
JAMES L. EISENBERG (Florida Bar No. 216615)
E-mail Address: bigjimlaw@aol.com
EISENBERG & FOUTS, P.A.
250 Australian Avenue South, Suite 704
West Palm Beach, FL 33401
561/659-2009
Facsimile: 561/659-2380
Attorney for Defendant David R. Sutton