UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14021-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID R. SUTTON,

    Defendant.
_____/



FILED by _____ D.C.

MAR 20 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER SETTING HEARING

**THIS CAUSE** comes before this Court upon the Defendant's Motion to Modify Conditions of Bond [D.E. #16], and this Court having reviewed the Motion and being otherwise fully advised, it is:

**ORDERED AND ADJUDGED** that the Defendant's Motion to Modify Conditions of Bond will be heard at the Defendant's arraignment in this case presently set for **MONDAY, MARCH 23, 2015, at 9:30 a.m.**, at the United States District Courthouse, Courtroom 4074, 101 South U. S. Highway 1, Fort Pierce, Florida, before the undersigned United States Magistrate Judge. Counsel for the government, counsel for the Defendant, and Pretrial Services are required to be present at the hearing.

**DONE AND ORDERED** this _20th_ day of March, 2015, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
AUSA Theodore M. Cooperstein
James L. Eisenberg, Esq.
Pretrial Services