UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14021-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID R. SUTTON,

    Defendant.

_____/



FILED by _____ D.C.

MAR 23 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON DEFENDANT'S MOTION TO MODIFY CONDITIONS OF BOND [D.E. #16]

**THIS CAUSE** having come on to be heard for a hearing on March 23, 2015 in respect to the Defendant's Motion to Modify Conditions of Bond [D.E. #16], and this Court having conducted a hearing at which time it received arguments of counsel, makes the following findings:

1.    The motion seeks to modify this Court's bond in two respects. First, the Defendant seeks to modify the travel restrictions to allow him to work at Edwards Air Force Base in California from May 1 through May 31, 2015. As stated by counsel on the record, in the presence of the Defendant at this hearing, the Defendant has a contract with the United States Air Force to give personal instruction to military test pilots in training as stated in the motion. He is asking to be permitted to fulfill this contract. During this training he will be living on the base at Edwards Air Force Base. The government has no objection to the modification in this regard. Therefore, the Court will grant that modification of the conditions of bond. The Defendant shall be permitted to reside at Edwards Air Force Base from May 1, 2015 through May 31, 2015 and shall maintain regular telephone contact with Pretrial Services, who is supervising him, to enable Pretrial Services to verify his whereabouts during those dates. Any further information that the Defendant must provide to Pretrial Services for

them to contact supervisory personnel at Edwards Air Force Base to verify the Defendant's presence during those dates shall be provided by the Defendant no later than April 15, 2015.

2. The second request seeks permission to continue working at his diving business which he and his fiancee conduct on Lakes Michigan, Huron, and Superior. They conduct day trips where individuals pay them to conduct dives on various shipwrecks in the Great Lakes.

3. The Defendant agrees to advise Pretrial Services no later than 48 hours prior to any such trip as to the date and time of departure and return. Also, the Defendant agrees to contact Pretrial Services upon his return to verify that he is back from the trip.

4. The government had objection to this modification since the Great Lakes are a waterway and could provide the Defendant a conduit to leave the United States. However, as stated by defense counsel on the record, it would be difficult for anyone to take a small watercraft across one of the Great Lakes into Canada. This Court is not concerned that the Defendant may do this. He apparently has a contract with the United States Air Force and if the government does not have a problem with him residing on an a military base and conducting business with the Air Force while charged in this Indictment, this Court does not see how operating a dive business on one of the Great Lakes is more of a danger to the community or a risk of flight.

5. This Court will grant the second request for modification with the strict condition that the Defendant shall advise his supervising Pretrial Services Officer no later than 48 hours before he departs on any such dive trip conducted by his business. He shall advise Pretrial Services as to the date and time of his departure and return. They should all be on the same day since these are day trips according to the Defendant. Upon his return from a particular trip, the Defendant is then to immediately contact Pretrial Services to state

that he has returned in order that Pretrial Services may verify this if necessary.

It is therefore

**ORDERED AND ADJUDGED** that the Motion to Modify Conditions of Bond [D.E. #16] is **GRANTED** in specific accordance with this Court's findings set forth herein. All other conditions of the Defendant's bond shall remain in full force and effect.

**DONE AND ORDERED** this 23rd day of March, 2015, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
AUSA Theodore M. Cooperstein
James L. Eisenberg, Esq.
Pretrial Services