# COURT MINUTES - FORT PIERCE

## U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.

### 101 South U.S. Highway One, Fort Pierce, FL, Courtroom #4074

**DEFT:** DAVID ROBERT SUTTON (Bond)     **CASE NO:** 15-14021-CR-ROSENBERG

**AUSA:** Ted Cooperstein *present*     **ATTORNEY:** James Eisenberg (Retained) *present*

**AGENT:** James Burroughs, ATF     **VIOL:** 26:5861(d)(j) and (k) ; 5871 and 5872

**PROCEEDING:** Arraignment and Deft's Motion to modify Bond conditions (D/E #16)

**BOND SET:** $50,000 10% Cash Bond

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____.
11) Travel extended to: _____.
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

*Deft present with retained counsel and advised of charges*

*Arraignment held: Reading of Indictment Waived, Not Guilty plea entered, Jury trial demanded and Standing Discovery Order requested*

*Defense counsel advise Court, Government does not oppose Motion to modify bond conditions as to work/travel to Edwards Air Force Base in California; however objects to client's business as a diver in Lake Michigan*

*AUSA Ted Cooperstein restates Govt's opposition to any access to water craft vessel (potential flight risk)*

*Court grants Deft's motion to modify bond conditions, will permit work/travel to Edwards Air Force Base and continue with dive business in Lake Michigan (written order to follow)*

**DISPOSITION: Arr&M/Hrngheld**

**NEXT COURT APPEARANCE:**    **DATE:**    **TIME:**    **JUDGE:**    **PLACE:**

**INQUIRY RE COUNSEL:** _____

**PTD HEARING SET:** _____

**PRELIM/ARRAIGNMENT SET:** _____

**FINAL EVID HRNG VIOLA:** _____

**DATE:** 3/23/2015   **START TIME:** 9:30 A.M.    Time in Court: 6 Minutes   (DAR: 09.35.29)