UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

              CASE NO. 15-CR-14021-RLR

v.

DAVID R. SUTTON,

  Defendant.
_____/

**UNOPPOSED MOTION TO CLARIFY TRAVEL RESTRICTIONS OF BOND**

  COMES NOW the Defendant, DAVID R. SUTTON, by and through undersigned counsel, and moves this Court for an Order clarifying the travel restrictions of Defendant's bond. In support of this motion, the following is presented.

  1. Defendant, DAVID R. SUTTON, is charged by Indictment with Count One, causing to be transported and delivered in foreign or interstate commerce three (3) illegal firearms; Count Two, possessing from foreign or interstate commerce three (3) illegal firearms; and Count Three, receiving from foreign and interstate commerce three (3) illegal firearms, all in violation of Title 26, U.S. Code, Sections 5861(j), (d) and (k) and Section 5871.

  2. Defendant has been released on bond. The portion of the Order allowing travel has an inconsistency, however. On the one hand, the Order restricts Defendant to Wisconsin, where he resides, and to the Southern District of Florida. On the other hand, the Order allows Defendant to work conducting day dive boat trips on Lakes Michigan, Huron and Superior. Lakes Huron and Superior do not border Wisconsin. As was brought to the Court's attention at the bond/detention hearing held in the above case, Defendant's day dive boat trips do, on occasion, leave from the state of Michigan. In addition, some dive boat trips in Lake Michigan leave from the state of Illinois, just

1

south of Milwaukee.

3.  Defendant seeks clarification of his bond's travel restrictions to recognize that, for day dive boat trip work purposes, Defendant may also travel to the states of Michigan and Illinois.

4.  Defendant recognizes that the subject of his travel are day dive trips and that prior to any travel and upon return, he must report to Pre-Trial Services as previously ordered.

5. Counsel has discussed this motion with Assistant U.S. Attorney Theodore Cooperstein, who has no objection to the granting of this motion.

WHEREFORE, the Defendant, DAVID R. SUTTON, respectfully requests this Court grant this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

Respectfully submitted,

/S/    JAMES L. EISENBERG
JAMES L. EISENBERG (Florida Bar No.  216615)
E-mail Address:  bigjimlaw@aol.com
EISENBERG & FOUTS, P.A.
250 Australian Avenue South, Suite 704
West Palm Beach, FL 33401
561/659-2009
Facsimile: 561/659-2380
Attorney for Defendant David R. Sutton

2