UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.   15-CR-14021-RLR

v.

DAVID R. SUTTON,

    Defendant.
_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL**

    COMES NOW the Defendant, DAVID R. SUTTON, by and through undersigned counsel, and moves this Court to continue the trial in the above case, presently scheduled for a two (2) week trial period beginning April 27, 2015.  In support of this motion the following is presented.

    1. Defendant, DAVID R. SUTTON, is charged by Indictment with Count One, causing to be transported and delivered in foreign or interstate commerce three (3) illegal firearms; Count Two, possessing from foreign or interstate commerce three (3) illegal firearms; and Count Three, receiving from foreign and interstate commerce three (3) illegal firearms, all in violation of Title 26, U.S. Code,  Sections 5861(j), (d) and (k) and Section 5871.

    2. Trial is presently scheduled for a two (2) week trial period beginning April 27, 2015.  The case has never previously been continued.

    3. The parties agree that the trial should be continued for several reasons.  They are:

        A.    Discovery is ongoing and cannot be completed prior to the trial period;

        B.    Defendant's counsel will be unavailable during the trial period; and

        C.    Defendant is unavailable during the trial period as he will be working on a job in California which has previously been approved by the Magistrate Judge.

4. It is requested that the case be continued to a trial period no earlier than mid-June, 2015.

5. Undersigned counsel has discussed this motion with Assistant U.S. Attorney Theodore Cooperstein, who agrees with and joins in the motion.

6. Defendant stipulates that the time allowed due to this motion shall be excludable time under the Federal Speedy Trial Act.

WHEREFORE, the Defendant, DAVID R. SUTTON, respectfully requests this Court grant this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

Respectfully submitted,

/S/     JAMES L. EISENBERG
JAMES L. EISENBERG (Florida Bar No.  216615)
E-mail Address:  bigjimlaw@aol.com
EISENBERG & FOUTS, P.A.
250 Australian Avenue South, Suite 704
West Palm Beach, FL 33401
561/659-2009
Facsimile: 561/659-2380
Attorney for Defendant David R. Sutton