UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14021-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID R. SUTTON,

    Defendant.
_____/



FILED by ___ D.C.
APR - 2 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CLARIFY TRAVEL RESTRICTIONS OF BOND [D.E. #24]

**THIS CAUSE** having come on to be heard upon the Defendant's Unopposed Motion to Clarify Travel Restrictions of Bond [D.E. #24] and this Court having reviewed the motion and otherwise being advised in the premises, it is:

**ORDERED AND ADJUDGED** that the motion is **GRANTED** and the Defendant may travel to the States of Michigan and Illinois for business purposes only for day trips but shall continue to reside at his previously approved residence in the State of Wisconsin while this case is pending. All other conditions of the Defendant's bond shall remain in full force and effect.

**DONE AND ORDERED** this _____ day of April, 2015, at Fort Pierce, Northern Division of the Southern District of Florida.

                                    FRANK J. LYNCH, JR.
                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished:
AUSA Theodore M. Cooperstein
James L. Eisenberg, Esq.
Pretrial Services