UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.   15-CR-14021-RLR

v.

DAVID R. SUTTON,

    Defendant.
_____/

**MOTION TO MODIFY CONDITIONS OF RELEASE**

    COMES NOW the Defendant, DAVID R. SUTTON, by and through undersigned counsel, and moves this Court to modify the conditions of his release.  In support of this motion, the following is presented:

    1.  The Defendant, DAVID R. SUTTON, is charged by Indictment with Count One, receipt/possession of an unregistered automatic firearm and Count Two, receipt/possession of an automatic firearm that has been imported into the United States, all in violation of Title 26, U.S. Code, Sections 5861(d) and 5861(k).

    2.  This Court previously released SUTTON from custody after SUTTON posted a ten-percent (10%), Fifty-Thousand Dollar ($50,000.00) bond.  There are no problems with SUTTON's release and reporting requirements to Pre-Trial Services.

    3.  SUTTON will be entering a change of plea to guilty as to both counts charged in the Indictment on Wednesday, June 10, 2015.  It is anticipated that SUTTON will remain free on the same bond and conditions until sentencing.

1

4. The initial conditions of the bond include a travel restriction to the Southern District of Florida and the District of Wisconsin where SUTTON resides. In addition, a bond condition prohibits SUTTON from using or being on a boat or vessel.

5. This Court previously modified the travel restriction condition of release to allow SUTTON to travel for work purposes to Edwards Air Force Base in California from May 1, 2015 through May 31, 2015. Edwards Air Force Base is near Los Angeles, California. SUTTON has a contract with the U.S. Air Force to give personal instruction to military test pilots in training. SUTTON's service is unique. SUTTON provides instruction on 1960's era Soviet MIG aircraft which SUTTON owns. SUTTON trains test pilot trainees to prepare for high speed adverse flight situations in older aircraft. SUTTON has been providing these services for the United States Air Force and United States Navy for fifteen (15) years. While working at Edwards Air Force Base SUTTON lived on the base. The May, 2015 Edwards Air Force Base travel was completed without incident.

6. This Court also previously granted SUTTON permission to work on small lake diving boats on Lakes Michigan, Huron and Superior and to travel to the state of Michigan for work purposes. SUTTON and his fiancé have been operating a lake diving business called Shipwreck Explorers, LLC, in Wisconsin for over three (3) years. The business takes customers on day trips to view lake shipwrecks. The business operates on Lakes Michigan, Huron and Superior. The boats are open fisherman type dive boats. SUTTON is essential to the running of the boats and the overall business. SUTTON's travel to the state of

Michigan for work purposes also was done without any problems or incident.

7. SUTTON seeks permission to travel again to Edwards Air Force Base in California from July 1 - July 31, 2015. As before, SUTTON will be a flight instructor at the USAF Test Pilot School.

8. SUTTON again seeks permission to operate driving charters in the State of Michigan from the time of his return from Edwards Air Force Base (approximately July 31, 2015) through approximately September 11, 2015. The Michigan trips again will be multi-day "day trips." SUTTON and his fiancé/business partner will be residing at night at local lodges or motels when on dive trip travel.

9. As has been done with any of SUTTON's previous travels, SUTTON will report his itinerary to Pre-Trial Services and gain their approval prior to any travel and immediately upon return from any travel.

10. Counsel has discussed this motion with Assistant U.S. Attorney Theodore Cooperstein Mr. Cooperstein has indicated that he would like to see the itineraries for the travel requested before officially commenting on this motion.

WHEREFORE, the Defendant, DAVID SUTTON, respectfully requests this Court grant this motion to modify the conditions of his bond.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 8, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document

is being served this day on all counsel of record in this case, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

Respectfully submitted,

/S/    JAMES L. EISENBERG
JAMES L. EISENBERG (Florida Bar No. 216615)
E-mail Address:  bigjimlaw@aol.com
EISENBERG & FOUTS, P.A.
250 Australian Avenue South, Suite 704
West Palm Beach, FL 33401
561/659-2009
Facsimile: 561/659-2380
Attorney for Defendant David R. Sutton