UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.     15-CR-14021-RLR

v.

DAVID R. SUTTON,

    Defendant.
_____/

### ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE

THIS CAUSE came before the Court upon motion of the Defendant, DAVID R. SUTTON, to modify the conditions of his release.  The Court, being advised in the premises,

ORDERS as follows:

1.  That SUTTON is granted permission to travel to Edwards Air Force Base in California for work purposes from July 1 - July 31, 2015.

2.  That SUTTON is granted permission to travel from the District of Wisconsin, where he resides, to the state of Michigan for work purposes.  While in Michigan, SUTTON shall keep Pre-Trial Services advised of where he is residing on any given evening.

3.  SUTTON shall notify Pre-Trial Services prior to travel and upon returning from traveling.

DONE AND ORDERED at Fort Pierce, Florida, this _____ day of June, 2015.

_____
FRANK J. LYNCH, JR.
United States Magistrate Judge

Copies furnished:
James L. Eisenberg, Esquire
Theodore Cooperstein, Asst. U.S. Attorney
Pre-Trial Services