UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14021-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID R. SUTTON,

    Defendant.
_____/

FILED by ___ D.C.
JUN - 8 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER SETTING HEARING

**THIS CAUSE** having come on to be heard upon the Defendant's Motion to Modify Conditions of Release [D.E. #33] and this Court having reviewed the motion and being otherwise fully advised, it is:

**ORDERED AND ADJUDGED** that this Court will hold a hearing on the aforementioned Motion at the time presently scheduled for the Defendant's change of plea hearing on **WEDNESDAY, JUNE 10, 2015, at 9:30 a.m.**, at the United States Courthouse, Courtroom 4074, 101 South U. S. Highway 1, Fort Pierce, Florida.

**DONE AND ORDERED** this _____ day of June, 2015, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Robin L. Rosenberg
AUSA Theodore M. Cooperstein
James L. Eisenberg, Esq.
U.S. Probation Office
U. S. Marshal