# COURT MINUTES

## CHIEF U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.

**101 South U.S. Highway One, Fort Pierce, FL, Courtroom #4074**

**DEFT:** DAVID ROBERT SUTTON (Bond)   **CASE NO:** 15-14021-CR-ROSENBERG

**AUSA:** Ted Cooperstein *present*   **ATTORNEY:** James Eisenberg (Retained) *present*

**AGENT:** James Burroughs, ATF *present*   **VIOL:** 26:5861(d)(j) and (k) ; 5871 and 5872

**PROCEEDING:** Change of Plea and Deft's Motion to modify Conds of Release (D/E #33) **BOND SET:** $50K 10% Cash

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or_____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____.
11) Travel extended to: _____.
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

*Deft present with retained counsel, James Eisenberg, Esquire*
*Deft sworn and testimony taken re: change of plea*

*Both Deft and Defense counsel accept the Government's essential elements and approve the written Factual Basis for the change of plea (signed by all parties)*

*Deft pleads guilty as to Counts 1, 2 and 3 of the Indictment including Forfeiture provision*

*Court to issue Report and Recommendation adjudging Deft guilty as to Counts 1,2 and 3 of the Indictment including Forfeiture provision*

*Final sentencing date set 8/18/15 at 11:30 a.m. before Judge Rosenberg in Fort Pierce, Florida-Deft to remain on bond pending sentencing(USPO Dave Farinacci present)*

*Motion to modify conditions of release held:*

*-Court will grant Deft's motion for travel to California and Michigan for business purposes thru 8/14/15-travel dates will not exceed beyond date of sentencing (written order to follow)*
*-Defense counsel announce may file motion to continue sentencing date before District Court if warranted*

**DISPOSITION:** Plea;M/Hrng

DATE: 6/10/2015   START TIME: 9:30 A.M.   Time in Court: 25   Minutes   (DAR: 09.32.22)