UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   15-14021-CR-ROSENBERG/LYNCH

**UNITED STATES OF AMERICA**,
    Plaintiff(s),
vs.

**DAVID ROBERT SUTTON,**
**Reg No: 07520-104,**
    Defendant(s),
_____/

## NOTICE OF SENTENCING DATE

**TO DEFENSE COUNSEL AND U. S. ATTORNEY'S OFFICE**

    By the direction of the **HONORABLE ROBIN L. ROSENBERG** United States District Judge, **YOU ARE HEREBY ORDERED** to appear at the District Court for the Southern District of Florida, on **TUESDAY, AUGUST 18, 2015 at 11:30 A.M.,** for imposition of sentence.  On that date, report to Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway One, Courtroom #4008 Fort Pierce, Florida 34950 where sentence will be imposed.  You will receive no further notice. **PLEASE NOTIFY IMMEDIATELY THE COURTROOM DEPUTY FOR THE ASSIGNED DISTRICT COURT JUDGE IF EXTRAORDINARY TIME IS REQUIRED.**

    If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. §3146).

    **IT IS FURTHER ORDERED** a Presentence Investigation Report will be completed.  DEFENSE COUNSEL (AND THE DEFENDANT, IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION AT 101 SOUTH U.S. HIGHWAY ONE, ROOM #1094, FORT PIERCE, FLORIDA 34950.

    **IT IS FURTHER ORDERED** that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

                          **STEVEN M. LARIMORE**
                           Clerk of Court·Court Administrator

                      By:   Colette Griffin-Arnold
                              Deputy Clerk

DATE:   June 10, 2015

COUNSEL:   James Eisenberg, Esquire           **\*\*No Interpreter Req'd\*\***

DEFENDANT RECEIVED COPY IN OPEN COURT

| | | | |
|---|---|---|---|
| GUILTY PLEA  X | BOND  X | TO COUNT(s) | 1,2 and 3 |
| TRIAL  ☐ | FEDERAL CUSTODY  ☐ | TO TOTAL COUNTS | Three |
| NOLO PLEA  ☐ | STATE CUSTODY  ☐ | ASST. US ATTY: | Ted Cooperstein |
| | U.S.M. CUSTODY  ☐ | | |