# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 15-14021-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID R. SUTTON,

    Defendant.

_____/



## ORDER ON DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE [D.E. #33]

**THIS CAUSE** having come on to be heard for a hearing on June 10, 2015 in respect to the Defendant's Motion to Modify Conditions of Release [D.E. #33], and counsel for the government, counsel for the Defendant, and the Defendant all having been present, this Court makes the following findings:

1. The present motion seeks to permit the Defendant to travel to Edwards Air Force Base in the State of California from July 1 through July 31, 2015 to serve as a flight instructor for the United States Air Force. This Court has previously granted the Defendant permission to do this. There is no objection from the government. Therefore this travel will be permitted.

2. The motion also seeks to obtain permission to operate diving charters in the State of Michigan from approximately July 31, 2015 through September 11, 2015. This Court had previously granted the Defendant permission to perform these activities in connection with his business. As stated by counsel for the Defendant on the record, the Defendant will provide Pretrial Services with a detailed itinerary as to when he is leaving, where he will be staying and to be reached while away, and when he will return. With this in mind, the Court has no problems with his travel with some amendments to the dates.

3. Prior to hearing this motion, the Defendant entered his guilty pleas to Counts One, Two and Three of the Indictment. This Court has issued its Report and Recommendation to the District Court in regards to that change of plea. Judge Rosenberg has set the Defendant's sentencing for Tuesday, August 18, 2015, at 11:30 a.m., at the United States Courthouse in Fort Pierce, Florida.

4. The travel which the Defendant requests to operate diving charters extended to September 11, 2015. This Court stated on the record that it would not permit the travel to go beyond the Defendant's present sentencing date. Counsel for the Defendant stated that he may file a motion to seek a continuance of that sentencing date because it may conflict with other matters that counsel for the Defendant presently has set. This Court stated that if the sentencing date is moved and the Defendant wishes to file another motion to extend the right to conduct these charters beyond the date set forth in this Order, that he may do so.

5. Based upon the established sentencing date, this Court will permit the Defendant to operate diving charters in the State of Michigan from July 31, 2015 up to August 14, 2015. This should provide the Defendant sufficient time to make travel arrangements to return for his sentencing here on August 18, 2015.

It is therefore

**ORDERED AND ADJUDGED** that the Defendant's Motion to Modify Conditions of Release [D.E. #33] is **GRANTED** IN PART in that the Defendant is granted permission to travel to Edwards Air Force Base in California from July 1 through and including July 31, 2015, it is further

**ORDERED AND ADJUDGED** that the Defendant is permitted to travel to the State of Michigan to conduct diving charters from July 31, 2015 up to and including August 14, 2015, it is further

**ORDERED AND ADJUDGED** that the Defendant shall provide his itinerary to Pretrial Services in advance as stated by counsel for the Defendant on the record and as referenced by this Court in its findings herein above, it is further

**ORDERED AND ADJUDGED** that all other conditions of the Defendant's bond shall remain in full force and effect.

**DONE AND ORDERED** this _10__ day of June, 2015, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Robin L. Rosenberg
AUSA Theodore M. Cooperstein
James L. Eisenberg, Esq.
Pretrial Services
U. S. Marshal

3