UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.   15-CR-14021-RLR

v.

DAVID R. SUTTON,

Defendant.
_____/

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, DAVID R. SUTTON, by and through undersigned counsel, and moves this Court to continue the sentencing hearing in the above case presently scheduled for August 28, 2015..  In support of this motion, the following is presented:

1.  The Defendant, DAVID R. SUTTON, is charged by Indictment with Count One, transporting in interstate and internet commerce an unregistered firearm; Count Two receipt/possession of an unregistered automatic firearm; and Count Three, receipt/possession of an automatic firearm that has been imported into the United States, all in violation of Title 26, U.S. Code, Sections 5861(d), 5861(j) and 5861(k).

2.  This Court previously released SUTTON from custody after SUTTON posted a ten-percent (10%), Fifty-Thousand Dollar ($50,000.00) bond.  There have been no problems with SUTTON's release and reporting requirements to Pre-Trial Services.

3.  SUTTON entered a change of plea to guilty as to all counts charged in the Indictment on Wednesday, June 10, 2015.  SUTTON remains free on the same bond and

1

conditions until sentencing.

4.  Sentencing is presently scheduled for August 18, 2015.

5.  SUTTON seeks a continuance of the sentencing date so that he can complete work he is contractually obligated to do.

SUTTON has been allowed, by Court order, to work at two occupations.  First, he is a pilot trainer at Edwards Air Force Base in California.  Second, he is the co-owner and manager of a Great Lakes dive boat business which specializes in the exploration of ship wrecks in Lakes Michigan, Huron, etc.

SUTTON previously contracted for Great Lakes dive expeditions through the end of September, 2015.  These contracts were entered into prior to the setting of the sentencing hearing. The dive expeditions cannot be rescheduled.  No one can substitute for SUTTON on the dive expeditions.  SUTTON requests that the sentencing hearing be rescheduled in October, 2015 and remain held in Fort Pierce.

6.  This motion has been discussed with Assistant U.S. Attorney Theodore Cooperstein, who states that he has no objection to the granting of this motion.  Mr. Cooperstein states that he is available in the month of October except for the week of October 5-9, 2015, when he has a conflict.

7.  The sentencing hearing in this case has never previously been continued and this motion is being requested in good faith.

WHEREFORE, the Defendant, DAVID SUTTON, respectfully requests this Court grant this motion to modify the conditions of his bond.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 23, 2015, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF. I also certify that the foregoing document

is being served this day on all counsel of record in this case, either via transmission of

Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for

those counsel or parties who are not authorized to receive electronically Notices of Electronic

filing.

                                    Respectfully submitted,

                                    /S/    JAMES L. EISENBERG
                                    JAMES L. EISENBERG (Florida Bar No. 216615)
                                    E-mail Address: bigjimlaw@aol.com
                                    EISENBERG & FOUTS, P.A.
                                    250 Australian Avenue South, Suite 704
                                    West Palm Beach, FL 33401
                                    561/659-2009
                                    Facsimile: 561/659-2380
                                    Attorney for Defendant David R. Sutton