UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.   15-CR-14021-RLR

v.

DAVID R. SUTTON,

    Defendant.
_____/

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

    COMES NOW the Defendant, DAVID R. SUTTON, by and through undersigned counsel, and moves this Court to modify the conditions of his release to allow him to work two (2) additional days prior to sentencing.  In support of this motion, the following is presented:

    1.  The Defendant, DAVID R. SUTTON, is charged by Indictment with Count One, transporting in interstate and internet commerce an unregistered firearm; Count Two receipt/possession of an unregistered automatic firearm; and Count Three, receipt/possession of an automatic firearm that has been imported into the United States, all in violation of Title 26, U.S. Code, Sections 5861(d), 5861(j) and 5861(k).

    2.  This Court previously released SUTTON from custody after SUTTON posted a ten-percent (10%), Fifty-Thousand Dollar ($50,000.00) bond.  There are no problems with SUTTON's release and reporting requirements to Pre-Trial Services.

    3.  SUTTON entered a change of plea to guilty as to all three counts charged in the

1

Indictment on Wednesday, June 10, 2015.  SUTTON remains free on the same bond and conditions until sentencing.  Sentencing is presently scheduled for August 18, 2015 in Fort Pierce, Florida.

4.  The initial conditions of the bond included a travel restriction to the Southern District of Florida and the District of Wisconsin where SUTTON resides.

5. This Court previously modified the travel restriction condition of release to allow SUTTON to travel for work purposes to Edwards Air Force Base in California.  SUTTON has successfully followed that work allowance.

6. This Court also previously granted SUTTON permission to travel from his home in the Milwaukee, Wisconsin area to work on lake diving boats on Lakes Michigan, Huron and Superior and to travel to the state of Michigan for work purposes.  SUTTON is essential to the running of the boats and the overall business.  SUTTON's travel to the state of Michigan for work purposes also was done without any problems or incident.   The Court, however, previously required the diving work to end August 14, 2015, so SUTTON could have time to return to Florida for sentencing on August 18, 2015.

7. SUTTON seeks permission to operate driving charters in the State of Michigan for two additional days, through August 16, 2015.  The additional few days will allow SUTTON to fulfill existing contracts.  To insure his arrival in Florida in time for sentencing, SUTTON will purchase a ticket on a commercial flight from either Detroit or Alpina, Michigan, to Florida, traveling on August 17, 2015.

8. As has been done with any of SUTTON's previous travels, SUTTON will report his itinerary to Pre-Trial Services and gain their approval prior to any travel.

10. Counsel has discussed this motion with Assistant U.S. Attorney Theodore Cooperstein Mr. Cooperstein has indicated that he has no objection to the granting of this motion.

WHEREFORE, the Defendant, DAVID SUTTON, respectfully requests this Court grant this motion to modify the conditions of his bond.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

Respectfully submitted,

/S/   JAMES L. EISENBERG
JAMES L. EISENBERG (Florida Bar No. 216615)
E-mail Address: bigjimlaw@aol.com
EISENBERG & FOUTS, P.A.
250 Australian Avenue South, Suite 704
West Palm Beach, FL 33401
561/659-2009
Facsimile: 561/659-2380
Attorney for Defendant David R. Sutton