UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14021-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID R. SUTTON,

    Defendant.
_____/



FILED by ___ D.C.

JUL 14 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE [D.E. #45]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion, noting that it is unopposed, and being otherwise fully advised in the premises, makes the following findings:

1. By prior Order, this Court granted the Defendant permission to operate diving charters in the State of Michigan from July 31, 2015 up to August 14, 2015.

2. The present motion seeks permission to extend the time for operation of the diving charters in the State of Michigan for two additional days, through August 16, 2015.

3. The motion further states that the Defendant will be returning to Florida on a commercial flight to arrive on August 17, 2015, prior to his sentencing date on August 18, 2015.

Based upon the foregoing, it is therefore

**ORDERED AND ADJUDGED** that the motion is **GRANTED** and the Defendant is permitted to extend the time for operating diving charters through August 16, 2015, it is further

**ORDERED AND ADJUDGED** that the Defendant shall provide his itinerary and travel schedule to Pretrial Services in advance, it is further

**ORDERED AND ADJUDGED** that all other conditions of the Defendant's bond shall remain in full force and effect.

**DONE AND ORDERED** this ___ day of July, 2015, at Fort Pierce, Northern Division of the Southern District of Florida.

_____
FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Robin L. Rosenberg
AUSA Theodore M. Cooperstein
James L. Eisenberg, Esq.
Pretrial Services
U. S. Marshal