UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-14021-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID ROBERT SUTTON,

        Defendant.

_____/

PRELIMINARY ORDER OF FORFEITURE

This matter came before the Court on motion of the United States to enter a preliminary order of forfeiture.   Being fully advised in the premises, the Court finds as follows:

1.      In the Indictment in the above case, the United States sought forfeiture of any firearm involved in a violation of 26 U.S.C. § 5861(d), (j), and (k).

2.      The defendant Robert Sutton entered into a plea agreement in which he pled guilty to counts One through Three of the Indictment.

4.      The defendant has agreed to forfeit his interest in three (3) lower receivers for M-16 machine guns pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

5.      Based upon the defendant's guilty plea and plea agreement in this case, the property is subject to forfeiture pursuant to 26 U.S.C. § 5972 and 28 U.S.C. § 2461(c), and Fed.R.Crim.P. 32.2(b), and the United States has established the requisite nexus between the property listed below and the offense to which the defendant has pled guilty.   Accordingly it is hereby **ORDERED AND ADJUDGED**:

1.      Pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), the three (3) lower receivers for M-16 machine guns are hereby forfeited to the United States:

2.      All right, title, claim, and interest of the defendant David Sutton, in the property listed in paragraph 1 is hereby vested in the United States of America.

3.      The Bureau of Alcohol Tobacco and Firearms, or any duly authorized law enforcement official, shall, as soon as practicable, seize and take custody of the property listed in paragraph 1.

4.      The United States is further authorized, pursuant to 21 U.S.C. § 853(m) and Rule 32.2(b)(3), to conduct any discovery necessary, including depositions, to identify, locate, or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

5.  The United States may provide, to the extent practicable, direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

6.      The United States shall publish notice of this Order in accordance with Federal Rule of Criminal Procedure 32.2(b)(6).

7.      Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), and the procedures set forth in 21 U.S.C. § 853(n), in which all interests will be addressed.

8.      Pursuant to Rule 32.2(b)(4), this order shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 23rd day of July, 2015.


ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

SERVICE LIST

United States v. David Robert Sutton
Case No. 15-14021-CR-ROSENBERG/LYNCH

United States District Court, Southern District of Florida

Antonia J. Barnes
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
U.S. Attorneys Office
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for Plaintiff United States
[Service via CM/ECF]

Theodore M. Cooperstein
Assistant U.S. Attorney
theodore.cooperstein2@usdoj.gov
U.S. Attorneys Office
101 South U.S. Hwy. 1, Ste. 3100
Fort Pierce, FL 34950
Telephone: (772) 466-0899
Facsimile: (772) 466-1020
Attorney for Plaintiff United States
[Service via CM/ECF]

James L. Eisenberg, Esq.
bigjimlaw@aol.com
250 Australian Avenue South
West Palm Beach, FL   33401
Telephone: (561) 659-2009
Facsimile: (561) 659-2380
Attorney for Defendant David Sutton
[Service via CM/ECF]