UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.    15-CR-14021-RLR

v.

DAVID R. SUTTON,

Defendant.

_____/

## DEFENDANT'S ADDENDUM TO THE PRESENCE INVESTIGATION REPORT

COMES NOW the Defendant, DAVID R. SUTTON, and files this addendum to the

Presentence Investigation report filed in the above case.

Page 12, Paragraph 66

In paragraph 66, six (6) aircraft are listed as being owned by SUTTON.  In fact,

SUTTON owns, for business purposes through a corporation, four (4) additional aircraft.

These aircraft are:

MiG-17 registration N9143Z
MiG-15 registration N83GP
MiG-15 registration N669MG
Cessna 310 registration N310LG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2015 I electronically filed the foregoing document

with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served

this day on all counsel of record in this case, either via transmission of Notices of Electronic Filing

1

generated by CM/ECF or in some other authorized manner for those counsel or parties who are not

authorized to receive electronically Notices of Electronic filing.

Respectfully submitted,
/S/    JAMES L. EISENBERG
JAMES L. EISENBERG (Florida Bar No.  216615)
E-mail Address:  **bigjimlaw@aol.com**
EISENBERG & FOUTS, P.A.
250 Australian Avenue South, Suite 704
West Palm Beach, FL 33401
561/659-2009
Facsimile: 561/659-2380