UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.   15-CR-14021-RLR

v.

DAVID R. SUTTON,

    Defendant.
_____/

## NOTICE OF FILING LETTERS IN SUPPORT OF SENTENCING MEMORANDUM

COMES NOW the Defendant, DAVID R. SUTTON, and files the attached letters in support of the Sentencing Memorandum filed in this case and in support of the sentence requested in the Sentencing Memorandum.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2015 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

    Respectfully submitted,
/S/   JAMES L. EISENBERG
JAMES L. EISENBERG (Florida Bar No.  216615)
E-mail Address:  **bigjimlaw@aol.com**
EISENBERG & FOUTS, P.A.
250 Australian Avenue South, Suite 704
West Palm Beach, FL 33401
561/659-2009
Facsimile: 561/659-2380
Counsel for David R. Sutton