Robert C. Nolan II  26 May 2015
Brigadier General, USAF (Retired)
16008 King Street
Overland Park, KS 66062

To whom it may concern:

I am Brigadier General Robert C. Nolan II, USAF (Retired). I retired in 2012 after 33 years in the USAF. I last served as the Commander of the Air Force Flight Test Center, Edwards Air Force Base, CA.

I am writing on behalf of Dave Sutton. I have had a personnel and professional relationship with Dave since 2004. From our first meeting he has always displayed great integrity, a deep love of country and a commitment to serve those in uniform. Dave has spent time with my family and I consider him to be a great American and an incredible role model for my two sons.

I know that Dave has pled guilty to a firearms offense. This mistake was clearly an oversight and lapse of judgment on Dave's part and certainly is not part of a pattern of criminal behavior or lawlessness. Dave has expressed his remorse for this isolated incident and I know that his primary concern is making amends and returning to solid citizenship.

Dave offers a unique and vital service to this nation and I ask that any penalty imposed allow his continued and uninterrupted service. Dave is an expert in foreign aviation technology. He has provided valuable consulting services to numerous US weapons and aircraft development programs and he has spent the last 16 years serving the Department of Defense, both USAF and USN, as an instructor pilot in Russian MIG aircraft. I have flown with him myself. His expertise is unmatched. His instructional skill is second to none and I consider him to be an irreplaceable asset.

In my capacity as the Air Force Flight Test Center Commander, I trusted Dave to fly with my most precious resource, the student test pilots at the United Sates Air Force Test Pilot School. These talented men and women represent the future of our great nation and the knowledge passed to them by Dave Sutton is vital to their development as test pilots and to their development as future leaders within the United States Air Force.

If you have further questions about Dave, I can be reached at rc2nolan@gmail.com or 913-225-6113. I would also be honored to appear in person on Dave's behalf.

Sincerely

Robert C. Nolan II
Brig Gen, USAF Retired

Ladies and Gentlemen

My name is Peter M. Waters, Commander, United States Navy (Retired). I served 21 years as a Naval Flight Officer, flying from several different aircraft carriers in several different combat zones. My final tour of duty was a Senior Airborne Systems Instructor at the United States Naval Test Pilot School. It was here that I was fortunate enough to come to know Dave Sutton, starting in 2005.

I hold Dave in the highest regard, both as a friend and as colleague, and know him to be an utterly trustworthy, honest, and straightforward individual who is a model of personal and professional integrity. In his capacity as director and primary pilot at Red Star Aviation, a non-profit organization, Dave flies several vintage decommissioned foreign military jets that provide valuable, unique and irreplaceable training to the student Test Pilots at Navy Test Pilot School. Dave's dedication to these young Navy pilots, who will soon be entering the hazardous world of military jet flight test, is well-know throughout the entire flight test community and is a measure to his dedication to serving our country.

Although technically a visiting instructor, Dave is a staple of the Navy Test Pilot School program who is invited back to the School time and time again to mentor the student pilots every six months. This is no accident, as he consistently demonstrates sound judgement in demanding conditions, as well as a determination to do the right thing even when it is difficult and costly. He is a model aviator, and although he is not a military officer, he uphold the standards of Naval service as though he were.

As a fellow aviator, I would trust Dave Sutton with my life. I am also not alone in this; a long succession of Commanding Officers at Navy Test Pilot School (as well as Air Force Test Pilot School) demonstrate that same trust by sending their young student pilots -- their professional children -- into the air in an antique jet with Dave year after year.

Dave has advised me of his unfortunate lapse regarding firearms. Knowing Dave as I do, I am absolutely certain that he is determined to make restitution as required. Dave is a man who admits his mistakes, learns from them, and makes sure they never happen again. I respectfully request that this isolated incident be view in the context of a life spent serving our nation and its men and women under arms.

I consider it a privilege to able to support my friend and colleague Dave Sutton during this difficult time If you have any questions, please do not hesitate to contact me at peter.waters@asec-incorporated.com or by phone at 559-904-3987. I am also more than willing to appear in person to support Dave if desired.


Sincerely,

Peter M. Waters

1



# InnerSpace Systems Corp
www.customrebreathers.com

Correspondence:
P.O. Box 449
Centralia, WA 98531 USA
Phone: (+001)360.330.9018

Shipping:
1711 Midway Court
Centralia, WA 98531 USA
FAX: (+001)360.330.9019

4 June 15

To whom it may concern:

I am Leon Scamahorn CEO of InnerSpace Systems Corporation. I have served 14 years as a Special Forces soldier in the U.S. Army and I currently still serve my country by supplying cutting edge dive equipment to the U.S. Navy, NOAA, FBI, and NASA.

I am writing on behalf of Dave Sutton. I have had a professional relationship with Dave since 2003. Dave is currently a professional instructor for my company teaching on my company's specialized rebreathing apparatuses to customers around the world and lending customers specialized advise that only a rare few can help with.

I understand that Dave is pleading guilty to a firearms offense. The firearms mistake was clearly a gross oversight on Dave's part and is not part of a pattern of criminal behavior. Dave has serious remorse for this incident and I know Dave wishes to make amends to his country and get back to being a responsible citizen and professional.

Dave offers a unique and vital service to his country and I ask that any penalty imposed allow his continued and uninterrupted service to his country. Dave is considered an expert in foreign aviation technology and provides beyond doubt the best in specialized services to weapons systems and aircraft development programs, and he has spent the last 16 years serving the Department of Defense, both USAF and USN, as an instructor pilot in Russian MIG aircraft.

In my capacity as the CEO of a company that builds life support equipment for the U.S. Navy and civilian divers, my company trusts Dave to train, equip and advise my customers and to provide continuous education and professional services for those customers so they may dive and stay safe on specialized product. Dave is a specialized asset to this country and cannot be easily replaced.

If you have further questions about Dave, I can be reached at combatdiver@hotmail.com or 360 789-6119.

Sincerely

Leon P. Scamahorn
CEO/ISC

April 22, 2015

To Whom It May Concern,

I have known Dave Sutton for 16 years and worked with him directly over a period of four years. While I was the Commanding Officer of the U.S. Naval Test Pilot School, I contracted Dave to conduct aircraft Qualitative Evaluations for my Test Pilot students and instructors. I repeatedly contracted Dave due to his effectiveness in meeting my contract requirements. His performance ratings as a U.S. Government contractor were exceptional in every category.

Dave proved himself to be thoroughly professional in every respect. He completed all contract requirements and exceeded performance expectations. He had an exceptional understanding of the contract requirements and made himself indispensable to my operation. His professional and personal conduct is beyond reproach. Dave exceled as an aviator and instructor but also proved himself to be an exceptional businessman. He designed solutions to my requirements and provided cost effective performance. It was obvious that he had a well-run, efficient business and understood his customers.

Dave works well in a very demanding environment. He was inspiring to his students and proved very effective at passing along his considerable professional knowledge. He was universally liked and respected by my staff and my students.

Dave is most highly recommended for any challenging position that requires intelligence, innovation and determination. He would be exceptional in a supervisory capacity, in a team environment or working independently. He is an exceptional person in every respect. I would be delighted to discuss his qualifications and recommendation at any time.

*Rich Brasel*

Rich Brasel

Capt. Richard L. Brasel, US Navy (ret)
Director, Commercial Programs
AeroVironment, Inc.
241 18th St. South Suite 415
Arlington, VA 22202

Email: brasel@avinc.com
Work: (805) 297-3731
Personal: (240) 925-9213

David Culbertson CDR, USN (ret)
21643 Spyglass Way #704A
Lexington Park, MD 20653
716-908-9779
Pappy.culbertson@gmail.com

To whom it may concern:

I am Commander David Culbertson, USN Retired. I graduated from the U.S. Naval Academy in 1982 and I retired in 2002 after serving our great nation for 20 years as a fighter pilot, test pilot and weapons systems acquisition program manager. I now am employed as the Chief Test Pilot for Calspan Corporation and as an adjunct professor at Embry-Riddle Aeronautical University.

I am writing on behalf of Dave Sutton. I have had a personnel and professional relationship with Dave since 2000. I first met Dave when I was serving as the Chief Flight Instructor at the U.S. Naval Test Pilot School (USNTPS). Dave was contracted by the USNTPS to provide a historically significant aircraft with unique flying qualities for the graduate Qualitative Evaluation program. I personally did the vetting of Dave and his aircraft. From our first meeting and the subsequent trial flight, I found Dave to be "a cut above" any pilot and instructor with whom I have flown. He displayed a deep sense of safety and professionalism, impeachable integrity, and a strong commitment to serve those in military aviation. He was accepted from the very beginning into the very discerning community of test pilots and has been a mainstay at USNTPS and Air Force Test Pilot School ever since. Our friendship grew over the years and when he asked me to be a member of the advisory board to his museum, Red Star Aviation; I was honored and gladly accepted.

I understand that Dave has pleaded guilty to a firearms offense. Not to diminish the seriousness of the offense, but I am convinced that this incident was a lapse of judgement and oversight on Dave's part. He has the utmost respect for the law and this is certainly not a pattern of criminal behavior. Dave has expressed his remorse for this one-off event and I know that his number one concern is making amends and returning to solid citizenship.

Dave Sutton is a national asset as an expert in past and present foreign aviation technology. He has flown and instructed nearly all of our military test pilots and flight test engineers for 16 years. Dave offers a unique and vital service to this nation and I ask that any penalty imposed on him allow to him to continue to provide this irreplaceable service to our country.

If you have further questions about Mr. Dave Sutton, I can be reached at pappy.culbertson@gmail.com or 716-908-9779 . I would also be honored to appear in person on Dave's behalf.

Sincerely

David Culbertson
Commander USN (ret)

David Culbertson | Chief Pilot
**Calspan Corporation** | Aerospace
2041 Niagara Falls Boulevard
Niagara Falls, NY 14304-1617
+1 716.908.9779 (cell)
david.culbertson@calspan.com

To whom it may concern,

I am writing this letter on behalf of Mr. Dave Sutton. He is a friend and colleague that I have had the honor of working with for many years. I am a retired officer of the United States Air Force, past president of the Society of Experimental Test Pilots, and a member of the State Bar of California. I am now a Senior Test Pilot for the Calspan Corporation and my primary duty is to provide training for the USAF Test Pilot School flying Variable Stability In-flight Simulators.

Both Dave and I are contractors for the Air Force providing training that the Air Force cannot provide indigenously. The mission of the Air Force Test Pilot School is to train and prepare the next generation of military test pilots. These future test pilots must be prepared to test and evaluate new and unproven high performance aircraft. These unproven aircraft may exhibit significant handling and performance deficiencies that the new test pilot must be prepared to handle. This creates a unique challenge for the Air Force. All of the current aircraft within the Air Force inventory have successfully completed the certification process and all are now devoid of any significant deficiencies. How do you train pilots to fly and test aircraft with potentially catastrophic deficiencies when none of the aircraft in the fleet exhibit such characteristics? The answer is obvious, you cannot. This is why the Air Force relies on contractors to provide the training they cannot provide themselves. The in-flight simulators I fly replicate undesirable aircraft characteristics so the students can see what a bad airplane flies like in complete safety. In-flight simulators only solve part of the problem however. At some point in a new test pilot's training, they will need to experience real world handling qualities deficiencies and that is where Dave comes in. Dave provides training in actual aircraft that exhibit many unusual and undesirable characteristics. The French built Fouga Magistere and the Soviet Block MIG-15 are used by Dave to provide this training. These are older foreign built aircraft that would not meet the certifications requirements if they were built in the United States today. This is a very challenging task to do safely. Obviously the contractor chosen to provide this training must have superior qualifications. The aircraft used must be meticulously maintained with all FAA regulations scrupulously followed. The instructor pilot must also be above reproach in terms of qualification, training, and skill. The fact of the matter is that the services provided by Dave are so rare, no other contractor can provide the training safely enough to meet the Air Force's stringent requirements. If Dave does not provide this training, the USAF Test Pilot School will have to go without this valuable training.

As well as being a contractor for the US Air Force, I am also a licensed attorney. I am well aware of the theories of punishment and practical requirements of punishment both as to the individual and as to society. As Dave's friend, I ask the court for leniency in his sentencing as I know him to be remorseful and resigned as to his punishment and his guilt. His short time in custody and this experience has made a permanent impact on him and I am certain that his behavior was not his character and will not be repeated. I also appreciate the importance of punishment as a deterrent for the rest of society. Here I implore you to seek out a punishment that, while just and effective, does not unnecessarily impact the mission of the United States Air Force Test Pilot School by preventing Dave from meeting his obligations to the school.

Respectfully,

*[signature]*

Kevin E. Prosser, Senior Test Pilot
PO Box 932 Rosamond, CA 93560
661-575-5739

To Whom it may concern:

I am Technical Sergeant Adam Shura, presently serving with the USAF. My immediate past assignment was as the Non Commissioned Officer in Charge (NCOIC) within the Qualitative Evaluation Office at the United States Air Force Test Pilot School, USAF Flight Test Center, Edwards AFB, California. This is the office that puts forth the requirement and subsequently contracts for and supervises the use of foreign dissimilar aircraft for exploitation by the USAF as study and training vehicles flown by USAF and USN pilots, as well as guest pilots from over a dozen friendly foreign nations.

In this position I formally oversaw the operations conducted by Mr. David Sutton, who operates Red Star Aviation, a sole source provider of Russian manufactured fighter aircraft to the US Department of Defense. During my tenure at the Qualitative Evaluation Office Mr. Sutton provided four aircraft that were exploited by our pilots in the restricted areas north of Edwards AFB for over 500 individual flights.

I interacted with Mr. Sutton over a period of four years, and have maintained close personal contact with him since. It is my understanding from Mr. Sutton that he has pled guilty to an offense for which he stands to be punished. From my conversations with him, I know that he is deeply remorseful for his serious lapse in judgment, and stands prepared to accept punishment. I also know from my close professional and personal relationship with him that whatever lapse in judgment that he made is not part of any pattern of civil disobedience or criminal behavior, and is an anomaly in a career that has been dedicated to the service of the United States of America over a period of nearly two decades. Indeed, he nearly lost his life in 1996 in an accident during the test flight of a Russian airplane that he was procuring for use as a dissimilar aircraft for the benefit of the Department of Defense. This accident cost the lives of two other pilots, and Mr. Sutton suffered injuries that took over a year of recovery time before Mr. Sutton flew again. Mr. Sutton has been struggling with the physical damage caused by this mishap ever since, and I understand that he will be undergoing reconstructive surgery this fall as a result of the injuries he suffered. I also know that Mr. Sutton lost his business partner and close friend in another aircraft mishap only a few years ago, in an accident in one of the foreign types contracted for by the USAF. Mr. Sutton was tasked by the NSTB to assist in the post-accident investigation, and I know that it was his sad duty to recover the remains of his best friend from the wreckage. I was present in uniform at the funeral of this man as a representative of the USAF, and I know that this mishap affected Mr. Sutton deeply and profoundly. As a layman, I speculate that the psychological effects of this might have caused Mr. Sutton to have lapsed in his judgment, and further understand that he has sought out and is continuing to seek professional treatment for depression and Post Traumatic Stress Disorder.

The services that Mr. Sutton provides must be described as ones that are essential to national security. He is the sole source of these services to our nation, and is an irreplaceable national asset. Should his service to our nation be interrupted by a period of custodial punishment the loss to our nation a minimum will be a decrease in the training level of our pilots. At worst, loss of his expertise may be as grave as the loss of human life should our pilots come into conflict with Russian manufactured MiG fighters in the skies of Syria or North Korea. The instruction he provides to our warfighters is essential to

their professional development, and there is no substitute for his expertise. Within my personal knowledge he has performed this service continuously for nearly twenty years. I also understand that he has participated as a consultant to the United States Air and Space Intelligence Center, in roles that are not within my security clearance level.

I ask, from my position as a former supervisor of Mr. Sutton, and a professional within the organization that employs him, that the Government recognizes that he is an essential part of our national defense infrastructure, and that any interruption of his services will have serious consequences. I respectfully ask that any punishment rendered be non-custodial punishment that allows him to perform his services to our nation in an uninterrupted manner.

Please feel free to contact me with any questions at ADAM.SHURA@US.AF.MIL or at (661)609-5984.

Very respectfully,

Adam J. Shura, TSgt, USAF

22 May 2015

The Honorable Robin Rosenberg
U.S. District Court
Southern District of Florida

Dear Judge Rosenberg:

### Re: Character reference for Mr David Sutton

Mr Sutton recently advised me of the unfortunate circumstances surrounding his weapons charge following a recent tour of the Bahamian Islands on his exploration/pleasure vessel.

I've known David both professionally and personally for 10 years and this situation struck me as completely uncharacteristic based on observing his integrity and honesty. I can tell that this has been a life-changing event for Mr Sutton, and one which he sincerely and completely regrets. Moreover, he is gravely concerned about his continued contribution to national defense with a longstanding commitment and support to U.S. military test pilot training programs. Mr Sutton has a remarkable 16 year record of providing safe and reliable introduction to high risk test flying operations in older, more unpredictable aircraft types which is an irreplaceable segment of the test pilot training curricula.

I appreciate Mr Sutton sharing with me, this serious and personally troubling experience, and moreover, his complete acceptance and accountability for the omissions and mistakes he made in this case. To me, this highlights his remorse for having made those errors, and equally important, underscores his personal character in assuming complete responsibility for his actions. David has never been before the courts, and this has been a valuable lesson learned which, I believe, he will never repeat.

I know this event has had a profound impact on Mr Sutton. He intends to not hide behind a vail of excuse and advised me he intends to plead guilty. This demonstrates a level of integrity and respect for law that will hopefully result in a positive outcome to allow David to continue his legacy of service and upstanding citizenry. I'm available to support Mr Sutton's case and can be reached at 912-346-0675.

Sincerely,

CAPT Thomas W. Huff, USN (RET)
Former Commander, U.S. Naval Test Wing Atlantic

8 June, 2015

To Whom It May Concern,

    This letter is intended as a testament to the professionalism and integrity of Mr. David Sutton. I have known Dave for approximately 15 years and consider our relationship to be both personal and professional. Our primary interaction has been through the U.S. Naval Test Pilot School, where I served on active duty as a student, instructor, and the Commanding Officer. Dave has been providing contracted services to the school in the form of flight instruction for over 15 years.

    As the Commanding Officer, I had total accountability for the safety of approximately 100 aircrew. I was responsible for ensuring our wide variety of aircraft were properly maintained, and that students and instructors were properly trained to execute the syllabus. While the majority of training was provided by permanent staff members in aircraft assigned to the school, we routinely augmented with individuals or organizations that could provide training in a unique aircraft in order to meet a specific learning objective. The selection of these individuals or organizations was done with great scrutiny; with both the safety of the students and staff in mind, as well as the value for the tax payer's dollars. Dave's long standing and consistent relationship with the school is a testament to the trust and confidence that he has built with every Commanding Officers for over 15 years. These relationships are not taken lightly within the aviation community.

    I can say without a doubt, that Dave is a man of integrity and that he earned my absolute trust. His performance was always reliable and consistent and conducted with the utmost professionalism. I can be reached at (207)-319-9648 or bmoslener@mac.com.

Sincerely,

Brandt A. Moslener
Captain, U.S. Navy